IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

    Petitioner,                 No. 2:09-cv-3229 JFM (HC)

    vs.

KATHLEEN DICKINSON,            ORDER

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus on November 19, 2009 pursuant to 28 U.S.C. § 2254 against respondent Kathleen Dickinson. On February 10, 2010, petitioner filed a motion for protective order, in which he seeks relief from allegedly retaliatory actions by Correctional Officer T. Wilder and Correctional Sergeant G. DeMars. Petitioner asserts Wilder and DeMars, who are not named in this action, are retaliating against him on behalf of respondent Dickinson. Petitioner states the alleged retaliation "is most likely coming down from the chain of command" and "[t]here's a strong probable cause" that respondent ordered these individuals to act.

        Absent extraordinary circumstances not present in this motion, the court has no jurisdiction to issue an order against individuals or entities that are not parties to the underlying litigation. Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 110 (1969); see 28

1

U.S.C. § 1651 ("All Writs Act"); <u>Ex parte Fahey</u>, 332 U.S. 258, 259-60 (1947) ("drastic and extraordinary remedies ... reserved for really extraordinary causes").

Accordingly, petitioner's February 10, 2010 motion for protective order is DENIED.

DATED: March 11, 2010.

                                                        UNITED STATES MAGISTRATE JUDGE

/014.nguo3229.49a