IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

        Petitioner,               No. 2:09-cv-3229-FCD-JFM (HC)

    vs.

KATHLEEN DICKINSON,

        Respondent.         ORDER TO SHOW CAUSE

                                /

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed December 23, 2009, respondent was ordered to file, within forty-five days, an answer to the instant petition or a motion to dismiss. Respondent has not filed an answer to the petition or a motion to dismiss.

        Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas

/////
/////
/////
/////
/////
/////

1

corpus or a motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file the answer or motion to dismiss timely.

DATED: June 14, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014.nugo3229.102.osc